IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| KIMBERLI PSCHIRER,<br><br>    Plaintiff,<br><br>    v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY, PNC FINANCIAL SERVICES GROUP, INC., and PNC FINANCIAL SERVICES GROUP, INC., AND AFFILIATES LONG-TERM DISABILITY PLAN,<br><br>    Defendants. | Civil Action No. 2:23-cv-00109-MJH |

**STIPULATED DISMISSAL WITH PREJUDICE**

Plaintiff Kimberli Pschirer and Defendants, The Lincoln National Life Insurance Company, The PNC Financial Services Group, Inc., and The PNC Financial Services Group, Inc. and Affiliates Long-Term Disability Plan, hereby stipulate to the dismissal of this matter with prejudice. Each party will bear its own costs, expenses and attorneys' fees.

Respectfully Submitted,

| LINER LEGAL | SEYFARTH SHAW, LLP |
|---|---|
| */s/ Andrew November (with consent)__*<br>Andrew November<br>LINER LEGAL, LLC<br>4269 Pearl Road, Suite 104<br>Cleveland, Ohio  44109<br>Tel: (216) 282-1773<br>Fax: (216) 920-9996<br>Email: anovember@linerlegal.com<br><br>*Attorney for Plaintiff* | */s/ Julie M. Kamps_____*<br>Julie M. Kamps<br>SEYFARTH SHAW, LLP<br>233 South Wacker Drive, Suite 8000<br>Chicago, IL 60606<br>Tel: (312) 460-5000<br>Fax: (312) 460-7000<br>Email: jkamps@seyfarth.com<br><br>*Attorney for Defendants* |

96833087v.2

## CERTIFICATE OF SERVICE

I certify that on July 25, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent via the Court's electronic filing system to all parties indicated on the electronic filing receipt.

>
> Andrew November
> LINER LEGAL, LLC
> 4269 Pearl Road
> Suite 104
> Cleveland, Ohio  44109
> anovember@linerlegal.com

>
>
> */s/ Julie M. Kamps*_____
> Julie M. Kamps
>
> *Attorney for Defendants*

96833087v.2