IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| KIMBERLI PSCHIRER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY, PNC FINANCIAL SERVICES GROUP, INC., and PNC FINANCIAL SERVICES GROUP, INC., AND AFFILIATES LONG-TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Civil Action No. 2:23-cv-00109-MJH |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Kimberli Pschirer and Defendants, The Lincoln National Life Insurance Company, The PNC Financial Services Group, Inc., and The PNC Financial Services Group, Inc. and Affiliates Long-Term Disability Plan, hereby stipulate to the dismissal of this matter with prejudice. Each party will bear its own costs, expenses and attorneys' fees.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

| | |
|---|---|
| LINER LEGAL | SEYFARTH SHAW, LLP |
| */s/ Andrew November (with consent)*__ | */s/ Julie M. Kamps*_____ |
| Andrew November | Julie M. Kamps |
| LINER LEGAL, LLC | SEYFARTH SHAW, LLP |
| 4269 Pearl Road, Suite 104 | 233 South Wacker Drive, Suite 8000 |
| Cleveland, Ohio  44109 | Chicago, IL 60606 |
| Tel: (216) 282-1773 | Tel: (312) 460-5000 |
| Fax: (216) 920-9996 | Fax: (312) 460-7000 |
| Email: anovember@linerlegal.com | Email: jkamps@seyfarth.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

IT IS SO ORDERED this 26th day of July 2023.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Marilyn J. Horan*
　　　　　　　　　　　　　　　　　　　　　　United States District Judge